Abbie W. Smith, Appellant, v. Ada May and Others, Defendants, Impleaded with George Dees, Respondent.— Judgment affirmed, with costs. No opinion. Hirschberg, Thomas, Carr and Rich, JJ., concurred; Burr, J., not voting.

Union Bank of Brooklyn, Respondent, v. David Schneider and Others, Appellants.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Richard M. Van Gaasbeek, Respondent, v. Tisdale Lumber Company and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Edward C. Wright, as Executor and Trustee under the Last Will and Testament of Elizabeth Lowerre, Deceased, Respondent, v. Almira E. McConnell and William W. Lowerre, Appellants, Impleaded with Dorothy Elizabeth McConnell and Others, Defendants.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Woodward and Rich, JJ., concurred.

---

## FOURTH DEPARTMENT, FEBRUARY, 1912.

Frank E. Cady, Appellant, v. Danforth R. Lewis and Lucinda Lewis, Respondents, Impleaded with George S. Cady.— Judgment affirmed, with costs. All concurred.

John W. Storandt, Appellant, v. Vogel & Binder Company, Respondent.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that it was error for the trial court to hold that the statement of defendant's counsel in summing up to the jury, that plaintiff "went into bankruptcy and beat his creditors out of $15,000," was proper and that the jury might consider it as having a bearing upon plaintiff's credibility as a witness. All concurred, except McLennan, P. J., and Robson, J., who dissented.

John W. Truesdell, as Administrator, etc., of John Fitzgerald, Deceased, Appellant, v. Hannie L. Bourke, Respondent.— Judgment affirmed, with costs. All concurred.

Edward F. La Due, Respondent, v. The New York, Chicago and St. Louis Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Mary Debottis, Respondent, v. Frank Debottis, Appellant, Impleaded with the National Bank of Auburn.— Judgment reversed and new trial granted, with costs to appellant to abide event. Held, that the findings are against the weight of the evidence. All concurred, except Kruse and Robson, JJ., who dissented.

Morris Fox, Respondent, v. Jacob Kahn and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.